### (September 29, 1977)

RUTH WARREN et al., Respondents, v FRANK WILSON et al., as Trustees of the Estate of LOTTA M. CRABTREE, Deceased, Appellants, et al., Defendant.—Order, Supreme Court, New York County, entered on April 15, 1977, unanimously affirmed for the reasons stated by Asch, J., at Special Term. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Birns, Capozzoli and Markewich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILL SMITH, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 3, 1976, unanimously affirmed. This case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Birns, Capozzoli and Markewich, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY QUINONES, Also Known as ROBERT RODRIGUEZ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 6, 1976, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Murphy, P. J., Birns, Capozzoli and Markewich, JJ.